JS-6

Christopher P. Fields (SBN 174155)
Michael J. Fejes (SBN260529)
LEE & FIELDS
A Professional Corporation
3731 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010
Tel.: (213) 380-5858

Attorneys for Plaintiff,
FARREN MUSIC AMERICA dba GLOBAL CREATIVE GROUP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FARREN MUSIC AMERICA, a limited Liability Company dba GLOBAL CREATIVE GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>WARNER BROTHERS ENTERTAINMENT, INC., a Delaware Corporation; WARNER HORIZON TELEVISION, INC., a Delaware Corporation; TURNER BROADCASTING SYSTEM, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 10-02622 CAS (CWx)<br><br>**ORDER FOR STIPULATION TO DISMISS WITH PREJUDICE** |

The Court having considered the stipulation of the parties, and good cause appearing, therefore, orders as follows:

1. The action is dismissed with prejudice against Defendants, Warner Bros. Entertainment Inc., Warner Horizon Televeision Inc. and Turner Broadcasting, Inc. pursuant to Federal Rule of Civil Procedures 41(a)(1).

2. Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

**IT IS SO ORDERED**

DATED: January 10, 2011

*/s/ Christina A. Snyder*
_____
Hon. Christina A. Snyder

CASE NO. CV 10-02622 CAS (CWx)

LEE & FIELDS
A PROFESSIONAL CORPORATION
3731 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010
Tel.: (213) 380-5858

[PROPOSED] ORDER

- 1 -